**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **TIA SMITH,** | |
| **Plaintiff,** | 2007-CV-0014 |
| v. | |
| **SGS NORTH AMERICA, INC., and MATTHEW REILLY,** | |
| **Defendants.** | |

**TO:** Lee J. Rohn, Esq.
Sharmane Davis-Brathwaite, Esq.

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

THIS MATTER came before the Court for consideration upon Plaintiff's Motion to Compel Defendant SGS [to] Supplement Its Responses to Discovery (Docket No. 57). Said Defendant filed an opposition to said motion. The time for filing a reply has expired.

Plaintiff claims that a meet and confer was held on July 2, 2008, and that said Defendant agreed to supplement by July 18, 2008, but failed to do so. Said Defendant asserts that it has supplemented certain responses and that the motion is without merit with regard to other discovery identified by Plaintiff.

The Court notes that the parties failed to submit a joint stipulation pursuant LRCi 37.2(a). However, because the matter has been briefed, in the interest of judicial economy,

*Smith v. SGS North America, Inc.*
2007-CV-014
Order Denying Plaintiff's Motion to Compel
Page 2

the Court will rule upon the papers which *could* be considered filed consistent with LRCi 37.2(b). As the Court has stated in previous matters, however, all future discovery motions that fail to comply with the requirements of LRCi 37.2(a) will not be considered pursuant to LRCi 37.2(c).

With regard to the specific discovery requests at issue, the Court makes the following findings and conclusions:

**Interrogatory No. 3:** Said Defendant represents that it already has supplemented its response. No further supplementation is necessary.

**Interrogatory No. 11:** Said Defendant objected to this interrogatory as overly broad, unduly burdensome, not limited in time and scope, and irrelevant. The Court sustains said Defendant's objections. No further response is necessary.

**Interrogatory No. 13:** Said Defendant represents that it already has supplemented its response. No further supplementation is necessary.

**Demand For Production No. 5:** Said Defendant claims that it has not withheld any responsive documents. The Court finds that said Defendant's response is adequate. No further response is necessary.

*Smith v. SGS North America, Inc.*
2007-CV-014
Order Denying Plaintiff's Motion to Compel
Page 3

**Demand For Production No. 6:** Said Defendant claims that it has not withheld any responsive documents. The Court finds that said Defendant's response is adequate. No further response is necessary.

**Demand For Production No. 11:** Said Defendant objected to this interrogatory as overly broad, unduly burdensome, not limited in time and scope, and irrelevant. The Court sustains said Defendant's objections. No further response is necessary.

**Demand For Production Nos. 15-20:** Said Defendant claims that it has not withheld any responsive documents. The Court finds that said Defendant's response is adequate. No further response is necessary.

Therefore, it is now hereby **ORDERED** Plaintiff's Motion to Compel Defendant SGS [to] Supplement Its Responses to Discovery (Docket No. 57) is **DENIED**.

ENTER:

Dated: October 10, 2008                                   /s/
                                                         GEORGE W. CANNON, JR.
                                                         U.S. MAGISTRATE JUDGE